MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO FARMERS MARKET, INC. v.
ALLSTATE INSURANCE CO., et al.

No. 06cv1592-LAB(WMc)

HON. WILLIAM McCURINE, JR.

CT. DEPUTY RELIEF

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Morgan Scudi, Esq. | Marc Feldman, Esq. |

At the request of counsel, the Early Neutral Evaluation Conference currently scheduled for **September 14, 2006, at 2:00 p.m.** will be held **telephonically**. Counsel must participate. Clients may participate at their discretion. Counsel for defendants are instructed to initiate the call by first telephoning opposing counsel and then telphoning the Court at 619-557-6624.

_____ Copies to: Counsel of Record          _____ Notified by Telephone

DATE: September 1, 2006                     INITIALS: _____ Deputy

IT IS SO ORDERED: /s/ WMcCurine Jr.
William McCurine, Jr.
US Magistrate Judge