

FILED
06 SEP 15 AM 10:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO FARMERS MARKET, INC., <br><br> Plaintiff, <br> vs. <br><br> ALLSTATE INSURANCE CO., <br><br> Defendant. | CASE NO. 06cv1592-LAB (WMc) <br><br> ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On September 14, 2006 the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Ray Ayers, Esq. Appearing for Defendant were Marc Feldman, Esq.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *October 9, 2006*;
2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *October 19, 2006*. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *October 23, 2006*;

4. **Counsel and parties with settlement authority** are ordered to appear ***on November 8, 2006*** at ***9:00 a.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). **Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain.**

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: 9/14/06

WILLIAM McCURINE, JR.
United States Magistrate Judge

cc: HONORABLE LARRY A. BURNS
ALL COUNSEL AND PARTIES OF RECORD