1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO FARMERS MARKET,

                                  Plaintiff,

      vs.

ALLSTATE INSURANCE, et al.   ,

                               Defendant.

CASE NO. 06cv1592-LAB (WMc)

ORDER

On November 8, 2006, the Court held a Case Management/Settlement Conference in the above captioned case.  Participating were plaintiff and plaintiff's counsel, Morgan Scudi, Esq. and Ray Ayers, Esq.  Also participating were defendant's representative, Allyson Roberts, and defendant's counsel, Marc Feldman, Esq.  After hearing from the parties the Court issues following Order:

     1. On or before **November 24, 2006**, plaintiff shall turn over to defendant all previously undisclosed documents (properly Bate stamped) which support plaintiff's contentions regarding the damages plaintiff sustained.

     2. On or before **November 28, 2006**, opposing counsel must meet and discuss the documents produced pursuant to paragraph 1 above.

     3. On or before **November 30, 2006**, the parties must jointly prepare and *lodge* with the Court a chart which provides: a) the policy provision plaintiff relies upon in support of its claim/s; b) plaintiff's arguments, if any, supporting its claim for damages. (Plaintiff should identify any

document it relies upon to support the argument and attach the actual document as an exhibit); c)
defendant's argument in response to a and b, if any.

4. A further settlement conference will be held on **December 1, 2006, at 2:15 p.m.  All
parties previously appearing at the November 8, 2006, settlement conference are required to
attend.**

IT IS SO ORDERED.

Dated: November 9, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: HONORABLE LARRY A. BURNS
U.S. DISTRICT COURT

ALL COUNSEL AND PARTIES OF RECORD