# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO FARMERS MARKET, INC., <br><br>                              Plaintiff, <br>   vs. <br> ALLSTATE INSURANCE CO., <br><br>                              Defendant. | CASE NO. 06cv1592-LAB (WMc) <br><br> ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE |

On December 1, 2006, a settlement conference was held in the above captioned case. All parties and counsel of record participated. Settlement was reached. Therefore, the Court issues the following Order:

   1. On or before **December 9, 2006**, defendant is to prepare the written settlement agreement.

   2. On **December 11, 2006, at 4:45 p.m.** a telephonic Settlement Disposition Conference will be held. <u>Counsel for plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court at 619-557-6624</u>.

   IT IS SO ORDERED.

DATED:  December 4, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

1 | cc: Honorable Larry Burns
     U.S. District Judge

    All Counsel and Parties of Record