# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO FARMERS MARKET, INC., <br><br> Plaintiff, <br> vs. <br> ALLSTATE INSURANCE CO., <br><br> Defendant. | CASE NO. 06cv1592-LAB (WMc) <br><br> ORDER SETTING FURTHER SETTLEMENT DISPOSITION CONFERENCE |

On December 11, 2006, a telephonic settlement conference was held in the above captioned case. Participating were Ray Ayers, Esq. (counsel for plaintiff) and Valerie Cardenas, Esq. (counsel for defendant). Counsel informed the Court that the settlement agreement and stipulation for dismissal have been prepared and forwarded to plaintiff for signature. Therefore, a further **telephonic** Settlement Disposition Conference will be held *January 3, 2007*, at *9:00 a.m.* with Magistrate Judge William McCurine, Jr. unless a signed stipulation for dismissal of this case is filed and **a copy of the signed stipulation is provided to the chambers of Magistrate Judge McCurine, Jr. prior to that time**. **Monetary sanctions shall be imposed for failure to comply with this order**.

\\
\\
\\
\\

**Counsel for plaintiff is instructed to initiate the call**.

IT IS SO ORDERED.

DATED: December 12, 2006

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable Larry Burns
    U.S. District Judge

    All Counsel and Parties of Record